IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COREY TRAINOR,

    Plaintiff,

v.                               No. 3:17-cv-00369-DRH-DGW

JOHN BALDWIN,
RICH MAUTINO, et al,

    Defendants.

## ORDER

**HERNDON, District Judge:**

    Pending before the Court is Plaintiff Corey Trainor's motion to voluntary dismiss without prejudice the claims in the above-styled case (doc. 69). Defendants filed a response to the motion stating they have no objections to the voluntary dismissal of the matter (doc. 70). The determination of whether to grant a motion for voluntary dismissal rests "within the sound discretion of the district court." *Tyco Labs., Inc. v. Koppers Co., Inc.*, 627 F.2d 54, 56 (7th Cir. 1980). Upon review of the motion, the Court shall grant the voluntary dismissal.

    Accordingly, the Court **GRANTS** the motion and **DISMISSES without prejudice** plaintiff's claims against defendants. All pending motions are stricken as moot. This case is now closed.

    **IT IS SO ORDERED.**

*[Signature: David R. Herndon]*

Judge Herndon
2018.08.28 11:41:05
-05'00'

**United States District Judge**